Dismissed and Opinion filed March 13, 2003









Dismissed and Opinion filed March 13, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00941-CV

____________

 

BENJAMIN
DURANT, Appellant

 

V.

 

COMMISSION
FOR LAWYER DISCIPLINE, Appellee

 



 

On
Appeal from the 55th District Court

Harris
County, Texas

Trial
Court Cause No. 01-37357

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed June 13, 2002.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On February 4, 2003, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed March 13, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.